NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of C.M., a child.

_____

A.H.,

          Appellant,

v.                                                              Case No. 2D18-2454

DEPARTMENT OF CHILDREN AND
FAMILIES and GUARDIAN AD
LITEM PROGRAM,

          Appellees.

_____

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Pinellas
County; Patrice Moore, Judge.

A.H., pro se.

Bernie McCabe, State Attorney, and Leslie
M. Layne, Assistant State Attorney,
Clearwater, for Appellee Department of
Children and Families.

Thomasina Moore and Laura J. Lee,
Tallahassee, for Appellee Guardian ad
Litem Program.


PER CURIAM.

Affirmed.  See N.S.H. v. Dep't of Children & Family Servs., 843 So. 2d 898 (Fla. 2003).

KELLY, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.